# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                            **PLAINTIFF**

v.                    NO. 4:12-CR-00306-5 KGB

**TAMMY KASANDRA LAUDERDALE**                                    **DEFENDANT**

## ORDER

Before the Court is Renae Ford Hudson's motion to withdraw as counsel of record for defendant Tammy Kasandra Lauderdale (Dkt. No. 171). For good cause shown, the motion is granted. Renae Ford Hudson is no longer assigned as counsel of record for defendant Tammy Kasandra Lauderdale. CJA Panel Member Ronald L. Davis, Jr., has agreed to accept this appointment and, as such, is hereby appointed counsel for defendant Tammy Kasandra Lauderdale.

SO ORDERED this 23rd day of January, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE